1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   CLAY A. PLUMMER
3  Nevada Bar No. 6778
   Special Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Tel: (702) 388-6336
   clay.plummer@usdoj.gov
6  *Attorneys for the United States*

```
                           FILED           RECEIVED
                           ENTERED         SERVED ON
                                   COUNSEL/PARTIES OF RECORD

                                   JAN 3 1 2025

                               CLERK US DISTRICT COURT
                                  DISTRICT OF NEVADA
                           BY:_____ DEPUTY
```

7                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERICA,              Case No. 2:24-mj-00951-DJA

10                Plaintiff,

11         v.                              **Stipulation for an Order
                                           Directing Probation to Prepare
12  SALVADOR GONZALEZ-SANCHEZ,             a Criminal History Report**
        aka "Alfredo Cesar Gonzalez-Sanchez,"
13      aka "Salvador Cesar Gonzalez-Sanchez,"
        aka "Alfredo Gonzalez,"
14      aka "Freddy Gonzalez-Sanchez,"
        aka "Antonio Gonzalez,"
15      aka "George Sanchez-Carrilllo,"

16                Defendant.

17

18         IT IS HEREBY STIPULATED AND AGREED, by and between Jason M.

19  Frierson, United States Attorney, and Clay Plummer, Special Assistant United States

20  Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public

21  Defender, and ___Rick Mula___, Assistant Federal Public Defender, counsel for

22  defendant SALVADOR GONZALEZ-SANCHEZ, that the Court direct the U.S. Probation

23  Office to prepare a report detailing the defendant's criminal history.

24

This stipulation is entered into for the following reasons:

1. The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has extended to the defendant a plea offer in which the parties would agree to jointly request an expedited sentencing immediately after the defendant enters a guilty plea.

2. The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance when charged by indictment.

3. The U.S. Probation Office informs the government that it would like to begin obtaining the criminal history of defendants eligible for the early disposition program as soon as possible after their initial appearance so that the Probation Office can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4. Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 31st day of ~~February~~ January, 2025.

Respectfully Submitted,

RENE L. VALLADARES  
Federal Public Defender

/s/  
Assistant Federal Public Defender  
Counsel for Defendant  
DEOLEGARIO TALAMANTES-HERRERA

JASON M. FRIERSON  
United States Attorney

*/s/ Clay Plummer*  
CLAY A PLUMMER  
Assistant United States Attorneys

3

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR GONZALEZ-SANCHEZ,<br>  aka "Alfredo Cesar Gonzalez-Sanchez,"<br>  aka "Salvador Cesar Gonzalez-Sanchez,"<br>  aka "Alfredo Gonzalez,"<br>  aka "Freddy Gonzalez-Sanchez,"<br>  aka "Antonio Gonzalez,"<br>  aka "George Sanchez-Carrilllo,"<br><br>Defendant. | Case No. 2:24-mj-00951-DJA<br><br>**Order Directing Probation to Prepare a Criminal History Report [Proposed]** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 31st day of ~~February,~~ January 2025.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE