# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SALVADOR GONZALEZ-SANCHEZ,<br> aka "Alfredo Cesar Gonzalez-Sanchez,"<br> aka "Salvador Cesar Gonzalez-Sanchez,"<br> aka "Alfredo Gonzalez,"<br> aka "Freddy Gonzalez-Sanchez,"<br> aka "Antonio Gonzalez,"<br> aka "George Sanchez-Carrilllo,"<br><br>    Defendant. | Case No. 2:24-mj-00951-DJA<br><br><br>**Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 15th day of July, 2025 at the hour of __4__ p.m., be vacated and continued to October 14, 2025 at 4:00 p.m.

DATED this __9th__ day of July, 2025.


_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE